IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02495–RM–KMT

STEVEN R. WILSON,

    Plaintiff,

v.

JEFF L. JENKS, Polygrapher, of Amich and Jenks, Inc. and member of the Colorado Sex Offender Management Board ("SOMB),
THOMAS W. SHEELY, Polygrapher, Employee of Amich and Jenks, Inc.
CHRISTINA MARQUEZ, Treatment Provider for the Sex Offender Treatment and Monitoring Program ("SOTMP"),
BURL MCCULLAR, SOTMP Member,
LEONARD WOODSON, SOTMP Treatment Provider,
PHASE II SOTMP TREATMENT TEAM, and
ROGER WERHOLTZ, the Interim Executive Director of the Colorado Department of Corrections,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Motion of Clarification in Reference [for] Leave to Supplement the Complaint Pursuant to Rule 15(d)" (Doc. No. 23, filed May 16, 2013) is GRANTED. Plaintiff shall file an amended complaint no later than July 17, 2013. The amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims against all parties against whom he wishes to assert claims.

Dated: July 1, 2013