IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02495–RM–KMT

STEVEN R. WILSON,

    Plaintiff,

v.

JEFF L. JENKS, Polygrapher, for Amich and Jenks, Inc. and Member of the Colorado Sex Offender Management Board ("SOMB),
THOMAS W. SHEELY, Polygrapher for Amich and Jenks, Inc.,
CHRISTINA MARQUEZ, Treatment Provider for the Arrowhead Corr. Center ("ACC"), Sex Offender Treatment and Monitoring Program ("SOTMP"),
BURL MCCULLAR, Treatment Provider for the ACC SOTMP,
LEONARD WOODSON, Treatment Provider for the ACC SOTMP,
S. MICHAEL DUNLAP, Treatment Provider for the ACC SOTMP,
PHASE II SOTMP TREATMENT TEAM, and
RICK RAEMISCH, Executive Director of the Colorado Department of Corrections (CDOC),

    Defendants.

---

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

---

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Philip A. Brimmer, pursuant to the Order of Reference dated April 5, 2013. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **November 27, 2013,** at **10:00 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 4th day of November, 2013.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge